AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____
MASSACHUSETTS

LOCAL 2322, INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS
V.
VERIZON, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04 - 12490 RWZ**

TO: (Name and address of Defendant)

Verizon, Inc.
185 Franklin Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Harold L. Lichten
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan
18 Tremont St., Ste. 500
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                              DATE

(By) DEPUTY CLERK

Deputy Sheriff John Cotter

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

December 15, 2004
I hereby certify and return that on 12/13/2004 at 10:15AM I served a true and
attested copy of the Summons, Complaint and Cover Sheet in this action in the
following manner: To wit, by delivering in hand to J.Borden,Serv Rep & agent in
charge at time of service, for Verizon, Inc., at , 185 Franklin Street, Boston,
MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel
($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE |
|---|---|
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________ Date ____________ *Signature of Server*

____________ *Address of Server*