UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 JAN 20 P 4: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LOCAL 2322, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON, INC.,<br><br>Defendant. | Civil Action No. 04-12490 RWZ |

## ASSENTED-TO MOTION TO EXTEND DEADLINE TO SERVE RESPONSIVE PLEADING

The defendant, Verizon New England Inc. (incorrectly designated as "Verizon, Inc."), hereby moves for an extension of the twenty-day deadline set by Fed. R. Civ. P. 12 for the service of a responsive pleading in this action. As grounds therefore, defendant states as follows:

1. The Plaintiff has assented to this Motion.

2. Verizon has been engaged in diligently researching the allegations contained in the Complaint in order to respond adequately. However, due to the holidays and the schedules of individuals involved in this matter, additional time is needed to investigate the allegations of the Complaint.

3. By this Motion, a responsive pleading in this matter will be due to be served by February 1, 2005, which will not delay the timely processing of this action.

FHBOSTON/1155836.1

VERIZON NEW ENGLAND INC.

By its attorneys:

*/s/ James W. Bucking*

James W. Bucking, BBO #558800
Alicia Alonso Matos, BBO #651154
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: January 20, 2005

Assented to:

*/s/ Harold L. Lichten* with auth.

Harold L. Lichten, Esq.
Counsel for Plaintiff

January 20, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail [illegible] on Jan. 20, 2005
