UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 20 · P 4: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

LOCAL 2322, INTERNATIONAL
BROTHERHOOD OF ELECTRICAL
WORKERS,

        Plaintiff,

v.

VERIZON, INC.,

        Defendant.

Civil Action No. 04-12490 RWZ

## NOTICE OF APPEARANCE

Please enter the appearances of James W. Bucking and Alicia Alonso Matos as attorneys

for the defendant, Verizon New England Inc.,[1] in the above referenced matter.

VERIZON NEW ENGLAND INC.

By its attorneys:

James W. Bucking, BBO #558800
Alicia Alonso Matos, BBO #631008
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by mail hand on Jan. 20, 2005

Dated: January 20, 2005

---

[1] Defendant Verizon New England, Inc. is incorrectly named as Verizon, Inc. in this matter.