UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LOCAL 2322, INTERNATIONAL )
BROTHERHOOD OF ELECTRICAL )
WORKERS, )
  )
           Plaintiff, )
  )
v. )
  )
VERIZON, INC., )   Civil Action No.
  )   04-12490-RWZ
           Defendant. )
  )

### PLAINTIFF'S CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

Plaintiff Local 2322, International Brotherhood of Electrical Workers (IBEW), and its attorney hereby affirm that they have conferred in accordance with Local Rule 16.1(D)(3) and discussed the potential costs of conducting this litigation and alternative means of dispute resolution.

_/s/ Michael Gallagher_
Michael Gallagher, Business Agent
Local 2322, IBEW, Plaintiff

_/s/ Harold Lichten_
Harold L. Lichten, BBO #549689
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Dated: March 1, 2005

Dated: March 1, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand delivery on March 1, 2005.

_____
Harold L. Lichten, Esq.