UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOCAL 2322, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,<br><br>        Plaintiff,<br><br>v.<br><br>VERIZON, INC.,<br><br>        Defendant. | Civil Action No. 04-12490 RWZ |

## CERTIFICATION OF DEFENDANT PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), Defendant Verizon New England Inc. and its attorneys hereby certify that they have conferred regarding a budget for the above-captioned litigation and have discussed the use of alternative dispute resolution such as that outlined in Rule 16.4 to resolve the matter.

Respectfully submitted,

| | |
|---|---|
| ____s/Alicia  Alonso Matos____<br>James W. Bucking, BBO#558800<br>Alicia Alonso Matos, BBO#651154<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA 02210<br>617-832-1000 | ____s/Amy D. Seifer____<br>Amy D. Seifer, Esq.<br>Assistant General Counsel<br>VERIZON NEW ENGLAND INC.<br>185 Franklin Street<br>Boston, MA  02110 |

Dated:  March 7, 2005

FHBOSTON/2803522.1