3/8/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOCAL 2322 INTERNATIONAL, BROTHERHOOD OF ELECTRICAL WORKERS,<br>          Plainitff<br><br>v.<br><br>VERIZON, INC.,<br>          Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-12490-RWZ<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

Please enter an appearance for Alfred Gordon as counsel on behalf of the Plaintiff. Harold L. Lichten, who has already entered an appearance, will continue as lead counsel for the Plaintiff in this matter.

Respectfully submitted,

_____
Alfred Gordon, BBO #630456
Pyle, Rome, Lichten, Ehrenberg &
    Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
Date:  March 8, 2005          (617) 367-7200

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorney(s) of record for each party by hand on March 8, 2005.

_____
Alfred Gordon