UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOCAL 2322 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,<br>    Plaintiff<br><br>v.<br><br>VERIZON, INC.,<br>    Defendant. | Civil Action No. 04-12490-RWZ |

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The Plaintiff, Local 2322, International Brotherhood of Electrical Workers (the Union), hereby moves for Summary Judgment. This motion is supported by the attached Memorandum of Law and Plaintiff's Rule 56.1 Statement of Facts Not in Material Dispute ("SOF").

The Union brought this action pursuant to section 301 of the Labor Management Relations Act, 29 U.S.C. § 185, to confirm and enforce an arbitration award duly rendered by an arbitrator pursuant to the collective bargaining agreement between the Union and the Defendant, Verizon, Inc. (Verizon). Because Verizon failed to file a motion to vacate the award within the 30-day statute of limitations, it may not now raise any defenses that would have supported a vacatur action, and the Union is thus entitled to summary judgment in its favor on all counts.

Moreover, because Verizon intentionally ignored the duly rendered arbitration award, thereby forcing the Union to file this action, the Court, using its equitable powers, as articulated by the First Circuit, should impose significant sanctions in the form of costs

1

and attorneys' fees upon Verizon for requiring the union to prosecute this "run-of-the-mill" arbitration case, which should have been resolved without the need for court action.

    WHEREFORE, Plaintiff respectfully requests that this Court:

    (1)  enter summary judgment in its favor confirming the arbitration award;

    (2)  issue an order requiring the defendant Verizon to pay the grievant the back pay owed to him pursuant to the award, plus interest from the date of the arbitration award; and

    (3) impose sanctions in the form of attorneys' fees and costs upon Verizon for its willful disobedience of the arbitration award.

Respectfully submitted,

LOCAL 2322, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,

By its attorneys,

Dated:  April 15, 2005

    ___s/Alfred Gordon_____
Harold L. Lichten, BBO # 549689
Alfred Gordon, BBO # 630456
Pyle, Rome, Lichten, Ehrenberg &
    Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

3

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served on the attorneys of record for each party by \_\_\_\_U.S. Mail_____ on April 15, 2005.
                            (method)

                            \_\_s/Alfred Gordon_____
                            Alfred Gordon