UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS



LOCAL 2322, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,

          Plaintiff,

v.

VERIZON, INC.,

          Defendant.

Civil Action No. 04-12490 RWZ

### VERIZON NEW ENGLAND INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, Defendant Verizon New England Inc. hereby moves for summary judgment on Plaintiff's Complaint.

As grounds for this motion, Defendant relies upon (1) its Memorandum of Law in Support for its Motion for Summary Judgment, filed herewith, (2) the Affidavit of Stephen J. Lowrie, filed herewith, and (3) the Affidavit of Alicia Alonso Matos, filed herewith.

WHEREFORE, Defendant Verizon New England Inc. respectfully requests that the Court grants its motion for summary judgment and grant such further relief as the Court deems just and proper.

VERIZON NEW ENGLAND INC.,

By its attorneys,

James W. Bucking, BBO #558800
Alicia Alonso Matos, BBO #651154
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: April 15, 2005

B3020718.1

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Alicia Alonso Matos, counsel for Defendant, do hereby certify in accordance with Local Rule 7.1(A)(2) that I have attempted to confer in good faith with counsel for Plaintiff in an attempt to narrow the issues presented in this Motion. Among other discussion, the parties met before Judge Zobel on March 8, 2005, where it was agreed that cross-motions for summary judgment would be filed. The parties have been unable to narrow or resolve the issues presented in this Motion.

_/s/ Alicia Alonso Matos_

## CERTIFICATE OF SERVICE

I, Alicia Alonso Matos, hereby certify that on April 15, 2005 I caused to be served by U.S. mail, postage prepaid, a true and correct copy of the foregoing document upon counsel for the Plaintiff in this matter.

_/s/ Alicia Alonso Matos_