UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOCAL 2322, INTERNATIONAL
        Plaintiff

V.

VERIZON, INC.
        Defendant

CIVIL ACTION

NO. 04CV12490-RWZ

## JUDGMENT

ZOBEL, D. J.

In accordance with the MEMORANDUM OF DECISION entered 11/23/05;

JUDGMENT is entered FOR THE PLAINTIFFS.

                              By the Court,

| 11/23/05 | s/ Lisa A. Urso |
|---|---|
| Date | Deputy Clerk |