UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                      )
LOCAL 2322 INTERNATIONAL                   )
BROTHERHOOD OF ELECTRICAL          )
WORKERS,                                            )
                        Plaintiff                         )
                                                      )  Civil Action No. 04-12490-RWZ
v.                                                          )
                                                      )
VERIZON, INC.,                                     )
                        Defendant.                      )
_____)

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff appeals from that part of the Court's

November 23, 2005, Decision and Order denying the Plaintiffs its attorneys' fees.

Respectfully submitted,

LOCAL 2322, INTERNATIONAL
BROTHERHOOD OF ELECTRICAL
WORKERS,

By its attorneys,

Dated:  December 13, 2005                    ___s/Alfred Gordon_____
                                                            Harold L. Lichten, BBO # 549689
                                                            Alfred Gordon, BBO # 630456
                                                            Pyle, Rome, Lichten, Ehrenberg &
                                                                 Liss-Riordan, P.C.
                                                            18 Tremont St., Ste. 500
                                                            Boston, MA 02108
                                                            (617) 367-7200

1

2

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorneys of record for each party by _____U.S. Mail_____ on December 13, 2005.
(method)

____s/Alfred Gordon_____
Alfred Gordon