## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

LOCAL 2322, INTERNATIONAL
BROTHERHOOD OF ELECTRICAL
WORKERS,

    Plaintiff,

v.                Civil Action No. 04-12490 RWZ

VERIZON, INC.,

    Defendant.

### NOTICE OF APPEAL

Defendant Verizon New England Inc. (incorrectly identified by Plaintiff as "Verizon, Inc.") hereby gives notice of its appeal to the United States Court of Appeals for the First Circuit from the order of the District Court (Zobel, J.) dated November 23, 2005 entering judgment in favor of Plaintiff, Local 2322, International Brotherhood of Electrical Workers.

        Respectfully submitted,

        VERIZON NEW ENGLAND INC.

        By its attorneys,

        /s/ James W. Bucking_____
        James W. Bucking, BBO No. 558800
        Itia Shmidman Roth, BBO No. Pending
        FOLEY HOAG LLP
        155 Seaport Boulevard
        Boston, MA  02210
        (617) 832-1000

Dated:  December 21, 2005

## CERTIFICATE OF SERVICE

I, James W. Bucking, certify that on December 21, 2005, I served the foregoing Notice of Appeal on plaintiff by causing a copy of the same to be delivered by United States mail, to its counsel of record.

/s/ James W. Bucking_____
James W. Bucking