UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name **International Brotherhood of Electrical Workers, Local 2322 v. Verizon, Inc.**
District Court Case No. **04-12490 RWZ**            District of **Massachusetts**
Date Notice of Appeal filed **12/21/2005**         Court of Appeals Case No _____
Form filed on behalf of **Verizon New England, Inc.**

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal **XXXX**
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter _____
Phone Number of Reporter _____

A. _____ This constitutes an order of the transcript of the following proceedings (check appropriate box(es) and indicate dates of hearing(s)J:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| Jury Voir dire | |
| Opening Statement (plaintiff) | |
| Opening Statement (defendant) | |
| Trial | |
| Closing Argument (plaintiff) | |
| Closing Argument (defendant) | |
| Findings of Fact/Conclusions of Law | |
| Jury Instructions | |
| Change of Plea | |
| Sentencing | |
| Bail hearing | |
| Pretrial proceedings (specify) | |
| Testimony (specify) | |
| Other (specify) | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. _____ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

- Private funds.
- Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
- Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
- Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
- Federl Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name **James W. Bucking**               Filer's Signature **/s/ James W. Bucking**
Firm/Address **Foley Hoag LLP 155 Seaport Blvd. Boston, MA 02210**
Telephone number **617-832-1000**             Date mailed to court reporter _____

(Court Reporter Use ONLY) Date received _____

Form CAI-10 (10/24/03)                                           SEE INSTRUCTIONS ON REVERSE