UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-12490

Local 2322 International Brotherhood of Electrical Workers

v.

Verizon, Inc.,

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I Notice of Appeal #23 are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/13/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 18, 2006.

Sarah A. Thornton, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/19/06.

/s/ Barchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
# District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-12490-RWZ

Local 2322, International Brotherhood of Electrical Workers v. Verizon, Inc.
Assigned to: Judge Rya W. Zobel
Cause: 29:185 Labor/Mgt. Relations (Contracts)

Date Filed: 11/24/2004
Jury Demand: None
Nature of Suit: 720 Labor: Labor/Mgt. Relations
Jurisdiction: Federal Question

**Plaintiff**

**Local 2322, International Brotherhood of Electrical Workers**

represented by **Alfred Gordon**
Pyle, Rome, Lichten & Ehrenberg, P.C.
Suite 500
18 Tremont Street
Boston, MA 02108
617-367-7200
Fax: 617-367-4820
Email: agordon@prle.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harold L. Lichten**
Pyle, Rome Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street
Suite 500
Boston, MA 02108
617-367-7200
Fax: 617-367-4820
Email: harold@prle.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Verizon, Inc.**   represented by **Alicia Alonso Matos**

Foley Hoag LLP
WTCW
155 Seaport Boulevard
Boston, MA 02210-2600
617-832-3016
Fax: 617-832-7000
Email: amatos@foleyhoag.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James W. Bucking**
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
617-832-1182
Fax: 617-832-7000
Email: jbucking@foleyhoag.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/24/2004 | 1 | COMPLAINT to confirm arbitration award and for sanctions/attorneys fees against Verizon, Inc. Filing fee: $ 150, receipt number 60379, filed by Local 2322, International Brotherhood of Electrical Workers. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Civil Cover Sheet)(Johnson, Jay) (Entered: 11/29/2004) |
| 11/24/2004 | | Summons Issued as to Verizon, Inc.. (Johnson, Jay) (Entered: 11/29/2004) |
| 11/24/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Johnson, Jay) (Entered: 11/29/2004) |
| 12/22/2004 | 2 | SUMMONS Returned Executed Verizon, Inc. served on 12/13/2004, answer due 1/3/2005. (Johnson, Jay) (Entered: 12/29/2004) |
| 01/20/2005 | 3 | (Assented to)MOTION for Extension of Time to 2/1/05 to file responsive pleading by Verizon, Inc..(Johnson, Jay) (Entered: 01/25/2005) |

| | | |
|---|---|---|
| 01/20/2005 | 4 | NOTICE of Appearance by Alicia Alonso Matos, James W. Bucking on behalf of Verizon, Inc. (Johnson, Jay) (Entered: 01/25/2005) |
| 02/01/2005 | 5 | ANSWER to Complaint by Verizon, Inc..(Johnson, Jay) (Entered: 02/02/2005) |
| 02/03/2005 | 6 | NOTICE of Scheduling Conference Scheduling Conference set for 3/2/2005 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 02/03/2005) |
| 02/09/2005 | | Judge Rya W. Zobel : Electronic ORDER entered granting 3 Motion for Extension of Time to serve responsive pleading to 2/1/05 (Johnson, Jay) (Entered: 02/09/2005) |
| 02/10/2005 | | Scheduling conference set for 3/8/05 at 2:00 p.m. (Urso, Lisa) (Entered: 02/10/2005) |
| 03/01/2005 | 7 | CERTIFICATION pursuant to Local Rule 16.1 *(D)(3)* by Local 2322, International Brotherhood of Electrical Workers. (Lichten, Harold) (Entered: 03/01/2005) |
| 03/03/2005 | 8 | JOINT STATEMENT re scheduling conference. (Johnson, Jay) (Entered: 03/07/2005) |
| 03/07/2005 | 9 | CERTIFICATE OF CONSULTATION re 8 Joint statement re scheduling conference by Alicia Alonso Matos on behalf of Verizon, Inc.. (Matos, Alicia) (Entered: 03/07/2005) |
| 03/08/2005 | 10 | NOTICE of Appearance by Alfred Gordon on behalf of Local 2322, International Brotherhood of Electrical Workers (Urso, Lisa) (Entered: 03/09/2005) |
| 03/08/2005 | 11 | CERTIFICATION pursuant to Local Rule 16.1 by Verizon, Inc..(Johnson, Jay) (Entered: 03/09/2005) |
| 03/08/2005 | | electronicClerk's Notes for proceedings held before Judge Rya W. Zobel : Scheduling Conference held on 3/8/2005. cross motions for summary judgment; plaintiff 4/15/05; oppositions 5/6/05; hearing 5/10/05 at 2:30 p.m. (Urso, Lisa) (Entered: 03/10/2005) |
| 04/15/2005 | 12 | MOTION for Summary Judgment by Local 2322, International Brotherhood of Electrical Workers.(Gordon, Alfred) (Entered: 04/15/2005) |
| 04/15/2005 | 13 | STATEMENT of facts *Rule 56.1 Not in Material Dispute in Support of its Summary Judgment.* (Attachments: # 1 Exhibit |

| | | |
|---|---|---|
| | | 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8)(Gordon, Alfred) (Entered: 04/15/2005) |
| 04/15/2005 | 14 | MEMORANDUM in Support re 12 MOTION for Summary Judgment filed by Local 2322, International Brotherhood of Electrical Workers. (Gordon, Alfred) (Entered: 04/15/2005) |
| 04/15/2005 | 15 | MOTION for Summary Judgment by Verizon, Inc..(Johnson, Jay) (Entered: 04/19/2005) |
| 04/15/2005 | 16 | MEMORANDUM in Support re 15 MOTION for Summary Judgment filed by Verizon, Inc.. (Johnson, Jay) (Entered: 04/19/2005) |
| 04/15/2005 | 17 | AFFIDAVIT of Stephen J. Lowrie re 15 MOTION for Summary Judgment by Verizon, Inc.. (Johnson, Jay) (Entered: 04/19/2005) |
| 04/15/2005 | 18 | AFFIDAVIT of Alicia Alonso Matos re 15 MOTION for Summary Judgment by Verizon, Inc.. (Johnson, Jay) (Entered: 04/19/2005) |
| 05/06/2005 | 19 | RESPONSE to Motion re 15 MOTION for Summary Judgment *and in Opposition to Defendant's Motion for Summary Judgment* filed by Local 2322, International Brotherhood of Electrical Workers. (Gordon, Alfred) (Entered: 05/06/2005) |
| 05/06/2005 | 20 | MEMORANDUM in Opposition re 12 MOTION for Summary Judgment filed by Verizon, Inc.. (Urso, Lisa) (Entered: 05/10/2005) |
| 05/10/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel : Motion Hearing held on 5/10/2005 re 15 MOTION for Summary Judgment filed by Verizon, Inc.,, 12 MOTION for Summary Judgment filed by Local 2322, International Brotherhood of Electrical Workers,. Motions taken under advisement; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 05/12/2005) |
| 11/23/2005 | 21 | Judge Rya W. Zobel : Memorandum of Decision and OrderORDER entered granting 12 Motion for Summary Judgment, but the request for attorneys' fees and costs is denied, denying 15 Motion for Summary Judgment (Urso, Lisa) (Entered: 11/23/2005) |

| | | |
|---|---|---|
| 11/23/2005 | 22 | Judge Rya W. Zobel : Order ORDER entered. JUDGMENT in favor of plaintiffs against defendants(Urso, Lisa) (Entered: 11/23/2005) |
| 12/13/2005 | 23 | NOTICE OF APPEAL by Local 2322, International Brotherhood of Electrical Workers. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/2/2006. (Gordon, Alfred) (Entered: 12/13/2005) |
| 12/21/2005 | 24 | NOTICE OF CROSS APPEAL by Verizon, Inc.. Filing fee $ 255. Appeal Record due by 1/10/2006. (Bucking, James) (Entered: 12/21/2005) |
| 12/29/2005 | | Filing fee: $ 255, receipt number 69138 regarding Notice of Appeal (Johnson, Jay) (Entered: 12/29/2005) |
| 01/04/2006 | | Filing fee: $ 255, receipt number 69210 regarding Notice of Appeal (Johnson, Jay) (Entered: 01/04/2006) |
| 01/04/2006 | 25 | TRANSCRIPT ORDER FORM by Verizon, Inc. re 24 Notice of Cross Appeal (Bucking, James) (Entered: 01/04/2006) |
| 01/09/2006 | 26 | TRANSCRIPT of Motion Hearing held on May 10, 2005 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/09/2006) |