# United States Court of Appeals
## For the First Circuit

*04 - 12496*
*massachusetts (D)*
*R. Zobel*

Nos. 06-1169, 06-1170

LOCAL 2322, INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS,

Plaintiff, Appellant/Cross-Appellee,

v.

**MANDATE**

VERIZON NEW ENGLAND, INC.,

Defendant, Appellee/Cross-Appellant.

### JUDGMENT

Entered: September 28, 2006

This cause came on to be heard on appeal from the United States District Court
for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:
The judgment of the district court is affirmed.

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 10·19·06

By the Court:

_____

Richard Cushing Donovan, Clerk

[cc: Mr. Gordon, Mr. Lichten, Ms. Alonso Matos, Mr. Bucking, & Ms. Shmidman Roth.]

# United States Court of Appeals
## For the First Circuit

04 - 12490
massachusetts (n)
R. Zobel

Nos. 06-1169, 06-1170 ✓

### LOCAL 2322, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,

Plaintiff, Appellant/Cross-Appellee,

v.



VERIZON NEW ENGLAND, INC.,

Defendant, Appellee/Cross-Appellant.

---

### JUDGMENT

Entered: September 28, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 10·09·06

By the Court:

_____

Richard Cushing Donovan, Clerk

[cc: Mr. Gordon, Mr. Lichten, Ms. Alonso Matos, Mr. Bucking, & Ms. Shmidman Roth.]